CA 02-279 E
partial payment
Receipt # 06-138

UNITED STATES
DISTRICT COURT
WESTERN DISTRICT OF PENNSYLVANIA
ERIE Division

# 06000138 — DM
December 14, 2005

| Code | Case # | Qty | Amount |
|------|--------|-----|--------|
| 2ND CIVI | 04-44 E | | 2.88 CH |
| APPEAL D | 04-230 E | | 10.56 CH |
| 1ST CIVI | 02-279 E | | 20.00 CH |
| 1ST CIVI | 05-112 | | 2.70 CH |
| 2ND CIVI | 04-365 | | 12.75 CH |
| 1ST CIVI | 03-363 | | 6.00 CH |

TOTAL→     54.91

FROM: SCI ALBION-LEONARD JEFFERSON
      ANTHONY DEFRANCO, ABUDATA
      HAOB, BENNIE BARNES, MICHEL
      HILEY