```
                              UNITED STATES
                              DISTRICT COURT
                         WESTERN DISTRICT OF PENNSYLVANIA
                                 ERIE Division

                            # 06060262  -  DM
                             March 16, 2006


                     Code    Case #      Qty      Amount

                     APPEAL  05-1789 E            10.33 CH
                     1ST CIVI 02-279 E            35.00 CH
                     1ST CIVI 03-363 E             5.52 CH
                     1ST CIVI 05-112 E             2.76 CH
                     1ST CIVI 04-365 E             8.81 CH


                     TOTAL→                       62.42


                     FROM: SCI ALBION:  ANTHONY DEFRANCO
                                        ABUBATA HADO
                                        BENNIE BARNES (2)
                                        MICHAEL MILEY
```

Handwritten annotations:
- part pay filing fee
- # 06-262
- CA 02-279
- $35.00