```
        UNITED STATES
        DISTRICT COURT
     WESTERN DISTRICT OF PENNSYLVANIA
           ERIE Division

     # 06000324 - SP
        April 27, 2006

  Code    Case #    Qty    Amount

  1ST CIVI CA-04-44E           2.73 CH
  FIRSTAPP CA-04-230E          9.57 CH
  1ST CIVI CA-02-279E          3.46 CH
  1ST CIVI CA-03-363E          5.52 CH
  1ST CIVI CA-04-365E          6.27 CH


  TOTAL →                     27.55


  FROM: JEFFERSON, DEFRANCO, HAVO,
        BARNES, FOLEY
```

$346

CA 02-279 E
part pay
receipt # 06000324