**SCANNED**

**UNITED STATES DISTRICT COURT**
WESTERN DISTRICT OF PENNSYLVANIA
ERIE Division

# 06000528 - SP
September 29, 2006

CA 02-279 E
part pay
receipt # 06000528

| Code | Case # | Qty | Amount |
|---|---|---|---|
| 2ND CIVI | CA-04-44E | | 3.82 CH |
| FIRSTAPP | CA-04-230E | | 14.33 CH |
| 2ND CIVI | CA-02-27E 279 | | 40.00 CH |
| 1ST CIVI | CA-03-363E | | 1.65 CH |
| 2ND CIVI | CA-03-363E | | 4.14 CH |
| 1ST CIVI | CA-05-112E | | 2.59 CH |

TOTAL → 66.03

FROM: SCI ALBION FOR JEFFERSON,
DEFRANCO, HABO, BARNES