```
         UNITED STATES
         DISTRICT COURT
      WESTERN DISTRICT OF PENNSYLVANIA
             ERIE Division

       # 07000170 - DM
         February 5, 2007

   Code    Case #    Qty    Amount

   2ND CIVI 04-44 Ecv        2.00 CH
   2NDAPPEA 04-270 Ecv      13.58 CH
   2ND CIVI 02-279 Ecv       4.45 CH
   2ND CIVI 03-363 Ecv       5.07 CH
   1ST CIVI 06-112 Ecv       3.03 CH
   1ST CIVI 06-174 Ecv       1.97 CH


   TOTAL ->                 31.00
```

part pay filing fee
rcpt # 07-170

$4.45

CA 02-279 E